Response to Interim Notice of Cure of Arrears - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

**Name of debtor:** Arnold J. Rose, III

**Trustee:** Ronda J. Winnecour

**Case Number:** 20-21805-GLT

**Chapter 13**
**Judge:** Gregory L. Taddonio

## RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS FILED ON: 09/09/2021

Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.

**Name of creditor:** Specialized Loan Servicing, LLC

**Last four digits** of any number you use to identify the debtor's account: 0975

### Statement in Response as of: 09/22/2021

### Part 1: Pre-Petition Arrears - Court claim no. (if known) # 3-1   (Docket Entry #41)

Creditor ☒ agrees ☐ does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

If Creditor disagrees:
- Amount of pre-petition arrears due at filing: _____
- Amount received from the Chapter 13 Trustee _____
- Pre-Petition arrears remaining due: _____

### Part 2: Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

If Creditor disagrees:
- Post-petition amounts remaining due: $0

**Part 3: Sign Here**

| | |
|---|---|
| Print Name: | Mukta Suri |
| Title: | Authorized Agent for Specialized Loan Servicing LLC |
| Company: | Bonial & Associates, P.C. |

/s/ Mukta Suri
_____
Signature

Address and telephone number:

9/29/2021
Date

P. O. Box 9013
Addison, TX 75001

Telephone:  (972) 643-6600          Email:        POCInquiries@BonialPC.com

2

5123-N-3300

**CERTIFICATE OF SERVICE**

      I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before September 29, 2021.

**Debtor**  *Via U.S. Mail*
Arnold J. Rose, III
14 Dinell Drive
Pittsburgh, PA 15221


**Debtors' Attorney**
Bryan P. Keenan
993 Greentree Road STE 101
Pittsburgh, PA 15220

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


      Respectfully Submitted,

      /s/ Mukta Suri