FILED
6/21/22 5:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 20-21805-GLT** |
| **Arnold J. Rose III** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc No.**  53 |
| **Arnold J. Rose III** | ) | |
| **Movant** | ) | |
| **v.** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
| **Respondent** | ) | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    **The Debtor**

☐    a motion to lift stay
as to creditor _____

☐    Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated **September 25, 2020**

is modified as follows:

-1-

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from **$4,540.00 to $4,113.00** per month, effective **June 2022; and the Plan term shall be changed from 53  months to 60  months** .

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐    Other: _____

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

-2-

**SO ORDERED**, this 21st day of _____June_____, 2022

_____

Judge Gregory J. Taddonio

United States Bankruptcy Judge

Dated: _____

Stipulated by:                          Stipulated by:

/s/ Bryan P. Keenan                     /s/ James Warmbrodt

Bryan P. Keenan                         James Warmbrodt

Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Arnold J. Rose, III
    Debtor

Case No. 20-21805-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnold J. Rose, III, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| 15252916 | + | Central Credit Services, LLC, Re: Chestnut Hills Dental, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 15252918 | + | Cynthia D. Rose, 14 Dinnell Drive, Pittsburgh, PA 15221-4563 |
| 15252919 | + | Cynthia Rose, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| 15252922 | | Greater Pittsburgh FCU, 4415 Fifth Avenue, Pittsburgh, PA 15213-2654 |
| 15252927 | + | Wells Fargo Bank NA (Bobs Furniture), Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15263414 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15252928 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Jun 22 2022 23:40:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 22 2022 23:46:41 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 22 2022 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 22 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jun 22 2022 23:41:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jun 22 2022 23:41:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 22 2022 23:41:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15273647 | + | Email/Text: bnc@bass-associates.com | Jun 22 2022 23:40:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15252914 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 22 2022 23:46:46 | BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016-0306 |
| 15265381 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 22 2022 23:46:35 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |

District/off: 0315-2                User: auto                                  Page 2 of 3
Date Rcvd: Jun 22, 2022                Form ID: pdf900                          Total Noticed: 37

| 15252913 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 22 2022 23:40:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15269022 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 22 2022 23:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15252915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 22 2022 23:46:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15256793 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 22 2022 23:46:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15271371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2022 23:46:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15252917 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2022 23:46:36 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15252921 | | Email/Text: mrdiscen@discover.com | Jun 22 2022 23:40:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15252920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 22 2022 23:46:37 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15271370 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2022 23:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15256982 | | Email/Text: mrdiscen@discover.com | Jun 22 2022 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15252923 | + | Email/Text: Documentfiling@lciinc.com | Jun 22 2022 23:41:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 15252924 | + | Email/Text: bankruptcynotices@psecu.com | Jun 22 2022 23:41:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15267888 | | Email/Text: bankruptcynotices@psecu.com | Jun 22 2022 23:41:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15278629 | + | Email/PDF: ebnotices@pnmac.com | Jun 22 2022 23:46:36 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15252925 | + | Email/PDF: ebnotices@pnmac.com | Jun 22 2022 23:46:48 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15266281 | + | Email/Text: ebnpeoples@grblaw.com | Jun 22 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15344441 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 22 2022 23:41:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15252926 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 22 2022 23:41:00 | Toyota Financial Services, PO box 5855, Carol Stream, IL 60197 |
| 15275234 | | Email/PDF: ebn_ais@aisinfo.com | Jun 22 2022 23:46:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15252927 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 23 2022 12:39:34 | Wells Fargo Bank NA (Bobs Furniture), Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15259074 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 23 2022 12:39:34 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15263414 | | Email/PDF: Bankruptcynotices_CCSBKOperations@wellsfargo.com | Jun 23 2022 12:39:42 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15252928 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 23 2022 12:39:34 | Wells Fargo Home Mortgage, Attn: Written |

District/off: 0315-2                                 User: auto                                         Page 3 of 3
Date Rcvd: Jun 22, 2022                              Form ID: pdf900                                   Total Noticed: 37

Correspondence/Bankruptcy, Mac#2302-04e Pob
10335, Des Moines, IA 50306

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15259074 | ##+ | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2022                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE'S OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Arnold J. Rose  III keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com |

TOTAL: 9