WWR#041157886

FILED
5/3/23 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Arnold J. Rose III<br><br>                Debtor<br><br>PSECU<br><br>                Movant.<br><br>Arnold J. Rose III<br>Respondent/Debtor<br><br>Ronda J. Winnecour, Standing Trustee<br>Additional Respondent | CASE NO. 20-21805-GLT<br><br>CHAPTER 13<br><br>Related to Document Number: 68 |

**ORDER ON MOTION TO WITHDRAW NOTICE OF MORTGAGE PAYMENT CHANGE WITHOUT PREJUDICE**

    This cause came on for hearing this ____3rd____ day of ____May____, 2023, in said District, upon the Motion of PSECU to Withdraw its Notice of Mortgage Payment Change. Upon statements of counsel, the evidence and law:

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant's Motion to withdraw its Notice of Mortgage Payment Change without prejudice filed on 03/14/2023 is hereby granted.

    It is further ORDERED AND DECREED that Movant's Notice of Mortgage Payment Change is hereby withdrawn.

_____
Gregory L. Taddonio   jlm
Chief United States Bankruptcy Judge

Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21805-GLT |
| Arnold J. Rose, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnold J. Rose, III, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Arnold J. Rose III keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor WELLS FARGO BANK N.A. pawb@fedphe.com

TOTAL: 10