# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 20-21805-GLT** |
| **Arnold J. Rose, III** | ) | **Chapter 13** |
|    Debtor | ) | **Document No. \_\_\_\_** |
| **Arnold J. Rose, III** | ) | |
|    Movant | ) | |
|       v. | ) | |
| **Secretary of Housing and** | ) | |
| **Urban Development** | ) | |
|    Respondent(s) | ) | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## COVER SHEET, AMENDED SCHEDULE D, AND ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on  **.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a. Secretary of Housing and Urban Development 451 Seventh Street, SW, Washington, DC 20410.

Date: May 31, 2024         **/s/ Bryan P. Keenan**
                                        Bryan P. Keenan, PA ID No. 89053
                                        Bryan P. Keenan & Associates P.C.
                                        Attorney for Debtor
                                        993 Greentree Road, Suite 201
                                        Pittsburgh, PA 15220
                                        (412) 922-5116
                                        keenan662@gmail.com