## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 20-21805-GLT** |
| **Arnold J. Rose, III** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Arnold J. Rose, III** | ) | |
| **Movant** | ) | **Response 6/6/2024** |
| vs | ) | **Hearing: 6/12/2024 at 10:30 a.m.** |
| **PennyMac Loan Services, LLC,** | ) | |
| **PSECU, SECRETARY OF HOUSING** | ) | |
| **AND URBAN DEVELOPMENT** | ) | |
| **Ronda J. Winnecour** | ) | |
| **Respondents** | ) | |

### CERTIFICATION OF NO OBJECTION ON
### DEBTOR'S AMENDED MOTION TO SELL REAL PROPERTY FREE
### AND CLEAR OF ALL MORTGAGES, LIENS AND ENCUMBRANCES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion filed on **May 28, 2024** has been received outside of the:

June 4, 2024 an Order authorzed the sale and requiring the Debtor to obtain a payoff from, PSECUcounsel to ensure complete payoff of the mortgage lien prior to distribution of proceeds of sale.

The undersigned further certifies that the Court's docket in this case has been reviewed and no other answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **June 6, 2024**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

| | |
|---|---|
| **Date: June 7, 2024** | **/s/Bryan P. Keenan** |
| | Bryan P. Keenan, PA ID No. 89053 |
| | Bryan P. Keenan & Associates P.C. |
| | Attorney for Debtor |
| | 993 Greentree Road, Suite 201 |
| | Pittsburgh, PA 15220 |
| | (412) 922-5116 |
| | keenan662@gmail.com |