WWR# 041157886

FILED
6/4/24 5:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 20-21805-GLT |
| Arnold J. Rose, III | |
| Debtor | CHAPTER NO. 13 |
| Arnold J. Rose, III | Related to Document Number 95 |
| Movant | |
| | Hearing Date & Time: 06/12/2024 at 10:30 a.m. |
| PennyMac Loan Services, LLC, Creditor | |
| PSECU, Creditor | |
| Ronda J. Winnecour, Trustee | |
| Respondents | |

**STIPULATION RESOLVING PSECU'S RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL MORTGAGES, LIENS, AND ENCUMBRANCES IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 6004-2**

NOW the __4th__ day of __June__, 2024, upon consideration of the Stipulation Resolving PSECU's Response to Debtor's above-captioned Motion in the above-captioned proceedings, in advance of the hearing scheduled June 12, 2024, and with the consent of the parties; it is

ORDERED, ADJUDGED AND DECREED that:

1. That PSECU agrees to be paid in full from the proceeds of the Debtor's real property so cited in Debtor's above Motion.
2. That the closing agent for the aforesaid sale of real property is to contact Respondent's counsel before closing of the sale to request an updated payoff for the account referenced within Proof of Claim 7 in this case.

Dated: 6/4/24

_[signature]_
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

---

/s/ Garry Masterson
Attorney for Respondent
Garry Masterson (CA297208)
Weltman, Weinberg & Reis Co., L.P.A
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com

/s/ Bryan P. Keenan
Attorney For Debtor
Bryan P. Keenan (PA89056)
Bryan P. Keenan & Associates, P.C.
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
412-922-5116
Keenan662@gmail.com

/s/ James Warmbrodt
For Trustee Ronda J. Winnecour
600 Grant St., Ste 3250
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21805-GLT |
| Arnold J. Rose, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arnold J. Rose, III, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Arnold J. Rose III keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor WELLS FARGO BANK N.A. pawb@fedphe.com

TOTAL: 10