WWR# 041157886

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 20-21805-GLT |
| | ) | |
| ARNOLD J ROSE III | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| | ) | JUDGE GREGORY L. TADDONIO |

### NOTICE OF SATISFACTION OF PROOF OF CLAIM #7-1

**NOW COMES** Creditor, PSECU c/o Weltman, Weinberg & Reis Co., LPA, and hereby provides notice that the Proof of Claim #7-1 filed on 07/21/2020 in the amount of $37,748.33 has been satisfied.

Respectfully submitted,

/s/ Garry Masterson
Garry Masterson
Attorney for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I certify that on 26th day of July, 2024 a true and correct copy of the foregoing Notice of Appearance was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Bryan P. Keenan, Attorney for Debtor at keenan662@gmail.com

Ronda J. Winnecour, Trustee at cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee at ustpregion03.pi.ecf@usdoj.gov

and by regular U.S. Mail, postage prepaid on:

Arnold J. Rose III
14 Dinell Dr
Pittsburgh, PA 15221

/s/ Garry Masterson
Garry Masterson
Attorney for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com