**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Arnold J. Rose, III | CASE NO.: 20-21805-GLT |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Newrez"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Kaitlin D. Shire, Esq.
> Hill Wallack LLP
> 1000 Floral Vale Blvd., Suite 300
> Yardley, PA 19067
> Telephone: 267-794-6113
> Facsimile: 215-579-9248
> Email: kshire@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Newrez LLC d/b/a Shellpoint Mortgage Servicing (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any

proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Newrez LLC d/b/a Shellpoint Mortgage Servicing is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: : August 3, 2024                                  Hill Wallack LLP

                                                                                               By: /s/ Kaitlin D. Shire
                                                                                               Kaitlin D. Shire, Esq.
                                                                                               1000 Floral Vale Blvd., Suite 300
                                                                                               Yardley, PA 19067
                                                                                               Telephone: 267-794-6113
                                                                                               Facsimile: 215-579-9248
                                                                                               Email: kshire@hillwallack.com
                                                                                               Counsel to Newrez LLC d/b/a
                                                                                               Shellpoint Mortgage Servicing

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Arnold J. Rose, III | CASE NO.: 20-21805-GLT |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of Notice of Appearance for Newrez LLC d/b/a Shellpoint Mortgage Servicing in the manner indicated below on August 3, 2024:

| | |
|---|---|
| Arnold J. Rose, III<br>14 Dinell Drive<br>Pittsburgh, PA 15221<br>**Debtor - Via Regular Mail** | Bryan P. Keenan<br>993 Greentree Road Suite 200<br>Pittsburgh, PA 15220<br>**Counsel For Debtor -Via ECF** |
| | Ronda J. Winnecour<br>600 Grant Street Suite 3250, USX Tower<br>Pittsburgh, PA 15219<br>**Trustee - Via ECF** |
| | Office of the United States Trustee<br>1000 Liberty Avenue Suite 1316<br>Pittsburgh, PA 15222<br>**United States Trustee - Via ECF** |

By: */s/ Kaitlin D. Shire*
Kaitlin D. Shire, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: 267-794-6113
Facsimile: 215-579-9248
Email: kshire@hillwallack.com