Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Arnold J. Rose III** | : | Case No. 20−21805−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 109 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/12/25 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

 **AND NOW,** this *The 27th of December, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 109 by the Chapter 13 Trustee,

 It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

 (1) **On or before February 10, 2025**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

 (2) This Motion is scheduled for hearing on *March 12, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

 (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

 (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 20-21805-GLT
Arnold J. Rose, III                                                                                        Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: auto           Page 1 of 4
Date Rcvd: Dec 27, 2024         Form ID: 604         Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnold J. Rose, III, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| cr | + | Newrez LLC d/b/a Shellpoint Mortgage Servicing c/o, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 15252918 | + | Cynthia D. Rose, 14 Dinnell Drive, Pittsburgh, PA 15221-4563 |
| 15252919 | + | Cynthia Rose, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| 15252922 | | Greater Pittsburgh FCU, 4415 Fifth Avenue, Pittsburgh, PA 15213-2654 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Dec 27 2024 23:35:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 27 2024 23:42:11 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 27 2024 23:41:36 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 27 2024 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 27 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Dec 27 2024 23:35:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Dec 27 2024 23:35:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 27 2024 23:35:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15273647 | + | Email/Text: bnc@bass-associates.com | Dec 27 2024 23:35:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15252914 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 27 2024 23:41:44 | BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016-0306 |
| 15265381 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 27 2024 23:42:07 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15252913 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15269022 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15252915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 23:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15256793 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 23:41:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15252916 | + | Email/Text: ngisupport@radiusgs.com | Dec 27 2024 23:41:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15271371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:35:00 | Central Credit Services, LLC, Re: Chestnut Hills Dental, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 15252917 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:41:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15252921 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:40:47 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15252920 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15271370 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 23:40:47 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15256982 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15252923 | + | Email/Text: Documentfiling@lciinc.com | Dec 27 2024 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15823490 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 27 2024 23:35:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15252924 | + | Email/Text: bankruptcynotices@psecu.com | Dec 27 2024 23:35:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15267888 | | Email/Text: bankruptcynotices@psecu.com | Dec 27 2024 23:35:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15278629 | + | Email/PDF: ebnotices@pnmac.com | Dec 27 2024 23:35:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15252925 | + | Email/PDF: ebnotices@pnmac.com | Dec 27 2024 23:41:39 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15266281 | + | Email/Text: ebnpeoples@grblaw.com | Dec 27 2024 23:40:55 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15803427 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 27 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15344441 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 27 2024 23:41:18 | Secretary of Housing and Urban Development, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 15252926 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2024 23:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15275234 | | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2024 23:35:00 | Toyota Financial Services, PO box 5855, Carol Stream, IL 60197-5855 |
| 15252927 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:40:45 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15259074 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:42:20 | Wells Fargo Bank NA (Bobs Furniture), Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | Dec 27 2024 23:42:29 | | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15263414 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | | |
| | | Dec 27 2024 23:41:31 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15252928 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | | |
| | | Dec 27 2024 23:40:37 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Newrez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 29, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Arnold J. Rose III keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com gmasterson@weltman.com |
| Kaitlin Shire | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 42 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com

TOTAL: 11