**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ARNOLD J. ROSE, III<br><br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:20-21805<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/12/2020 and confirmed on 7/14/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 238,341.96 |
| Less Refunds to Debtor | 13,701.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 224,640.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 11,289.56 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,789.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 20,067.81 | 20,067.81 | 0.00 | 20,067.81 |
|     Acct: 7495 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 36,044.64 | 36,044.64 | 0.00 | 36,044.64 |
|     Acct: 9280 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 81,632.83 | 0.00 | 81,632.83 |
|     Acct: 0975 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 4,598.29 | 4,598.29 | 0.00 | 4,598.29 |
|     Acct: 0975 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,628.59 | 1,628.59 | 0.00 | 1,628.59 |
|     Acct: 9280 | | | | |
|   WELLS FARGO BANK NA | 2,497.75 | 2,497.75 | 0.00 | 2,497.75 |
|     Acct: 8480 | | | | |
|   TOYOTA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 146,469.91 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARNOLD J. ROSE, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARNOLD J. ROSE, III | 13,701.46 | 13,701.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BMW FINANCIAL SERVICES NA LLC** | 6,915.22 | 6,915.22 | 0.00 | 6,915.22 |
|     Acct: 1192 | | | | |
| | | | | 6,915.22 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 2,776.99 | 2,776.99 | 0.00 | 2,776.99 |
|     Acct: 1636 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 10,529.65 | 10,529.65 | 0.00 | 10,529.65 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5779 | | | | |
| | CENTRAL CREDIT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2195 | | | | |
| | CITIBANK NA** | 926.56 | 926.56 | 0.00 | 926.56 |
| | Acct: 1484 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 984.16 | 984.16 | 0.00 | 984.16 |
| | Acct: 3859 | | | | |
| | DISCOVER BANK(*) | 10,200.90 | 10,200.90 | 0.00 | 10,200.90 |
| | Acct: 5404 | | | | |
| | GREATER PITTSBURGH FCU | 5,019.87 | 5,019.87 | 0.00 | 5,019.87 |
| | Acct: 1977 | | | | |
| | LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0997 | | | | |
| | WELLS FARGO BANK NA | 3,709.55 | 3,709.55 | 0.00 | 3,709.55 |
| | Acct: 8480 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 338.54 | 338.54 | 0.00 | 338.54 |
| | Acct: 2030 | | | | |
| | ACCELERATED INVENTORY MGT LLC | 20,143.42 | 20,143.42 | 0.00 | 20,143.42 |
| | Acct: 3361 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 117.58 | 117.58 | 0.00 | 117.58 |
| | Acct: 0001 | | | | |
| | BMW FINANCIAL SERVICES NA LLC** | 1,718.59 | 1,718.59 | 0.00 | 1,718.59 |
| | Acct: 1192 | | | | |
| | CYNTHIA ROSE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ACCELERATED INVENTORY MGT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 56,465.81 |

TOTAL PAID TO CREDITORS                                                                209,850.94

```
TOTAL CLAIMED
  PRIORITY           6,915.22
  SECURED           64,837.08
  UNSECURED         56,465.81
```

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ARNOLD J. ROSE, III

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:20-21805

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21805-GLT |
| Arnold J. Rose, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnold J. Rose, III, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| cr | + | Newrez LLC d/b/a Shellpoint Mortgage Servicing c/o, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 15252918 | + | Cynthia D. Rose, 14 Dinnell Drive, Pittsburgh, PA 15221-4563 |
| 15252919 | + | Cynthia Rose, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| 15252922 | | Greater Pittsburgh FCU, 4415 Fifth Avenue, Pittsburgh, PA 15213-2654 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Dec 27 2024 23:35:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 27 2024 23:42:09 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 27 2024 23:41:32 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 27 2024 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 27 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Dec 27 2024 23:35:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Dec 27 2024 23:35:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 27 2024 23:35:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15273647 | + | Email/Text: bnc@bass-associates.com | Dec 27 2024 23:35:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15252914 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 27 2024 23:41:36 | BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016-0306 |
| 15265381 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 27 2024 23:41:29 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15252913 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15269022 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

Case 20-21805-GLT    Doc 112    Filed 12/29/24    Entered 12/30/24 00:24:40    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 27 2024 23:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15252915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 27 2024 23:40:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15256793 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 27 2024 23:42:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15252916 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Dec 27 2024 23:35:00 | Central Credit Services, LLC, Re: Chestnut Hills Dental, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 15271371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 27 2024 23:41:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15252917 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 27 2024 23:41:37 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15252921 | | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 27 2024 23:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15252920 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 27 2024 23:40:53 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15271370 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 27 2024 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15256982 | | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 27 2024 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15252923 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Dec 27 2024 23:35:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15823490 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Dec 27 2024 23:35:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15252924 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Dec 27 2024 23:35:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15267888 | | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Dec 27 2024 23:35:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15278629 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Dec 27 2024 23:42:27 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15252925 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Dec 27 2024 23:42:27 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15266281 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Dec 27 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15803427 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Dec 27 2024 23:41:18 | Secretary of Housing and Urban Development, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 15344441 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Dec 27 2024 23:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15252926 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Dec 27 2024 23:35:00 | Toyota Financial Services, PO box 5855, Carol Stream, IL 60197-5855 |
| 15275234 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 27 2024 23:40:45 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15252927 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 27 2024 23:40:40 | Wells Fargo Bank NA (Bobs Furniture), Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15259074 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 42 |

|  |  | Dec 27 2024 23:40:43 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
|---|---|---|---|
| 15263414 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:41:38 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15252928 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:41:44 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Newrez LLC d/b/a Shellpoint Mortgage Servicing |
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| cr |  | WELLS FARGO BANK, N.A. |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 29, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Arnold J. Rose III keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com gmasterson@weltman.com |
| Kaitlin Shire | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 42 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com


TOTAL: 11