**Fill in this information to identify the case:**

Debtor 1: Arnold J. Rose, III

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number: 20-21805-GLT

# Form 4100R
## Response to Notice of Final Cure Payment      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 7 5

**Property address:** 14 Dinell Dr
Number   Street

Pittsburgh, Pennsylvania 15221
City     State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02 / 01 / 2025
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.                   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

Form 4100R       Response to Notice of Final Cure Payment       page 1

| Debtor 1 | Arnold J. Rose, III | Case number (*if known*) 20-21805-GLT |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Elizabeth K. Holdren
Signature

Date 01 / 23 / 2025

Print: Elizabeth K. Holdren
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Hill Wallack LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address: 21 Roszel Road, P.O. Box 5226
Number   Street

Princeton, NJ 08543-5226
City   State   ZIP Code

Contact phone ( 609 ) 734 – 6345

Email eholdren@hillwallack.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

| | |
|---|---|
| IN RE:<br><br>**Arnold J. Rose, III**<br><br>       Debtor | CHAPTER 13<br><br>CASE NO.: 20-21805-GLT |

**CERTIFICATE OF SERVICE**

    I hereby certify that service was made upon all interested parties, indicated below of the Response to Notice of Final Cure of NewRez LLC d/b/a Shellpoint Mortgage Servicing on January 23, 2025:

Arnold J. Rose, III
14 Dinell Drive
Pittsburgh, PA 15221
**Debtor**
**Via Regular Mail**


Bryan P. Keenan
993 Greentree Road
Suite 200
Pittsburgh, PA 15220
**Counsel for Debtor**
**Via ECF**

United States Trustee
Office of the U.S. Trustee
1000 Liberty Avenue
Suite 1316
Pittsburg, PA 15222
**United States Trustee**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Philadelphia, PA 15219
**Chapter 13 Trustee**
**Via ECF**


    By: */s/ Elizabeth K. Holdren, Esq.*
    Elizabeth K. Holdren, Esq.,
    Hill Wallack, LLP
    21 Roszel Road, P.O. Box 5226
    Princeton, NJ 08543-5226
    Telephone 609-734-6345
    Facsimile 609-452-1888
    Email: eholdren@hillwallack.com