**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Arnold J. Rose III | Social Security number or ITIN   xxx–xx–7495 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–21805–GLT

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Arnold J. Rose III

2/18/25

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-21805-GLT |
|---|---|
| Arnold J. Rose, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnold J. Rose, III, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| cr | + | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| cr | + | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Newrez LLC d/b/a Shellpoint Mortgage Servicing c/o, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 15252914 | ++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306 address filed with court:, BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016-0306 |
| 15265381 | + | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15252915 | + | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15256793 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15252918 | + | Cynthia D. Rose, 14 Dinnell Drive, Pittsburgh, PA 15221-4563 |
| 15252919 | + | Cynthia Rose, 14 Dinell Drive, Pittsburgh, PA 15221-4563 |
| 15252922 | | Greater Pittsburgh FCU, 4415 Fifth Avenue, Pittsburgh, PA 15213-2654 |
| 15275234 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15252927 | + | Wells Fargo Bank NA (Bobs Furniture), Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15263414 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15252928 | | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 19 2025 08:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 19 2025 08:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: BASSASSOC.COM | Feb 19 2025 08:12:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: BMW.COM | Feb 19 2025 08:12:00 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Feb 18, 2025 | Form ID: 3180W | Total Noticed: 43

| | | | | |
|---|---|---|---|---|
| cr | + EDI: AISACG.COM | | Feb 19 2025 08:12:00 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | | Feb 19 2025 03:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + Email/Text: ebnpeoples@grblaw.com | | Feb 19 2025 03:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | | Feb 19 2025 03:17:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | | Feb 19 2025 03:17:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | Feb 19 2025 03:17:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15273647 | + EDI: BASSASSOC.COM | | Feb 19 2025 08:12:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15252914 | EDI: BMW.COM | | Feb 19 2025 08:12:00 | BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016-0306 |
| 15265381 | + EDI: BMW.COM | | Feb 19 2025 08:12:00 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15252913 | + EDI: BANKAMER | | Feb 19 2025 08:12:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15269022 | + EDI: BANKAMER2 | | Feb 19 2025 08:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15252915 | + EDI: CAPITALONE.COM | | Feb 19 2025 08:12:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15256793 | EDI: CAPITALONE.COM | | Feb 19 2025 08:12:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15252916 | + Email/Text: ngisupport@radiusgs.com | | Feb 19 2025 03:17:00 | Central Credit Services, LLC, Re: Chestnut Hills Dental, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 15271371 | EDI: CITICORP | | Feb 19 2025 08:12:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15252917 | + EDI: CITICORP | | Feb 19 2025 08:12:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15252921 | EDI: DISCOVER | | Feb 19 2025 08:12:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15252920 | EDI: CITICORP | | Feb 19 2025 08:12:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15271370 | EDI: Q3G.COM | | Feb 19 2025 08:12:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15256982 | EDI: DISCOVER | | Feb 19 2025 08:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15252923 | + EDI: LENDNGCLUB | | Feb 19 2025 08:12:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15823490 | + Email/Text; mtgbk@shellpointmtg.com | | Feb 19 2025 03:17:00 | NewRez LLC, d/b/a Shellpoint Mortgage |

District/off: 0315-2                          User: auto                                   Page 3 of 4

Date Rcvd: Feb 18, 2025                       Form ID: 3180W                                Total Noticed: 43

|  |  |  |  |
|---|---|---|---|
|  |  |  | Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15252924 | + EDI: G2RSPSECU | Feb 19 2025 08:12:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15252924 | + Email/Text: bankruptcynotices@psecu.com | Feb 19 2025 03:18:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15267888 | EDI: G2RSPSECU | Feb 19 2025 08:12:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15267888 | Email/Text: bankruptcynotices@psecu.com | Feb 19 2025 03:18:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15278629 | + Email/PDF: ebnotices@pnmac.com | Feb 19 2025 03:40:06 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15252925 | + Email/PDF: ebnotices@pnmac.com | Feb 19 2025 03:51:18 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15266281 | + Email/Text: ebnpeoples@grblaw.com | Feb 19 2025 03:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15803427 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 19 2025 03:40:27 | Secretary of Housing and Urban Development, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 15344441 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 19 2025 03:17:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15252926 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 19 2025 03:17:00 | Toyota Financial Services, PO box 5855, Carol Stream, IL 60197-5855 |
| 15275234 | EDI: AIS.COM | Feb 19 2025 08:12:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15252927 | + EDI: WFFC2 | Feb 19 2025 08:12:00 | Wells Fargo Bank NA (Bobs Furniture), Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15259074 | + EDI: WFFC2 | Feb 19 2025 08:12:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15263414 | EDI: WFFC2 | Feb 19 2025 08:12:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15252928 | EDI: WFFC2 | Feb 19 2025 08:12:00 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Newrez LLC d/b/a Shellpoint Mortgage Servicing |
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| cr |  | WELLS FARGO BANK, N.A. |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15259074 | ##+ | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Feb 18, 2025                        Form ID: 3180W                         Total Noticed: 43

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Arnold J. Rose  III keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com  gmasterson@weltman.com |
| Kaitlin Shire | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com |

TOTAL: 12