**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Arnold J. Rose III

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    20-21805 GLT

Official Form 410S1

## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC     **Court claim no**. (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 9280

**Date of payment change:**
Must be at least 21 days after date of this notice    07/01/2023

**New total payment:**    $727.14
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $306.07     New escrow payment: $ 218.17

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____     **New mortgage payment:** $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Document ID: 0d200aab333d7402ee3edce21cbe08e005043bea264f5c4f78ead0ee05ef26fb

Debtor(s)   <u>Arnold</u>   <u>J.</u>   <u>Rose</u>   Case number (*if known*)  <u>20-21805 GLT</u>
            First Name   Middle Name   Last Name

### Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Denise Carlon*                                        Date   05/09/2023
   Signature
Print: Denise Carlon
       09 May 2023, 12:21:33, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
          Number   Street
          Philadelphia,                          PA    19106
          City                                   State   ZIP Code

Contact phone  (215) 627–1322           Email  bkgroup@kmllawgroup.com