**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Arnold J. Rose III**<br>　　　　　　　　　　　**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Arnold J. Rose III**<br>　　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　　**Trustee** | **BK NO. 20-21805 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 14-1** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 22, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Arnold J. Rose III
14 Dinell Drive
Pittsburgh, PA 15221

Attorney for Debtor(s)
Bryan P. Keenan, Esq.
993 Greentree Road (VIA ECF)
Suite 101
Pittsburgh, PA 15220

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>May 22, 2023</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com